IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **LEO MULLEN &** | : | |
| **DORIS KANE-MULLEN** | : | |
|     **Plaintiffs** | : | **Civil Action No.:** |
|     v. | : | |
| | : | **1:17-cv-07488-JHR-KMW** |
| **KORKYA SHIPPING, LTD;** | : | |
| **INVICTUS NAVIGATION, LTD;** | : | |
|     **Defendants** | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by undersigned counsel for all parties, that the

captioned lawsuit is hereby DISMISSED WITH PREJUDICE pursuant to a settlement

agreement between the parties, each party to bear their own costs.

PALMER BIEZUP & HENDERSON LLP        FREEDMAN AND LORRY, P.C.

By:    /s/ Stephen M. Calder        By: /s/ Scott A. Portner
        Stephen M. Calder                Scott A. Portner
        Charles P. Neely                 1601 Market Street, 15th Floor
        190 N. Independence Mall West, Suite 401    Philadelphia, Pa. 19103
        Philadelphia, PA 19106            *Attorney for Plaintiffs*
        *Attorneys for Defendants.*

Dated: October 24, 2019                Dated: October 24, 2019

VISCOMI & LYONS

By:    /s/ Mark S. Labe
        Mark S. Labe
        360 Mount Kemble Ave.
        Suite B1000
        Morristown, NJ 07960

Dated: October 24, 2019

SO ORDERED THIS 6th DAY

OF November 2019

_____
J.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Stipulation of Dismissal With Prejudice

was filed with the Court via the Electronic Case Filing System and was served on the below-listed

counsel of record through the same means, on the date appearing below.

Scott Portner, Esq.
Freedman & Lorry, PC
1601 Market Street, Suite 1500
Philadelphia, PA 19103

Mark S. Labe, Esq.
Viscomi & Lyons
360 Mount Kemble Ave.
Suite B1000
Morristown, NJ  07960

PALMER BIEZUP & HENDERSON LLP

By:     /s/ Stephen M. Calder
        Stephen M. Calder

Dated: October 24, 2019

PBH564219.1